UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WMC Mortgage LLC

   Plaintiff,

vs              **ORDER OF DISQUALIFICATION**
               CV 12-1371 RHK/SER

MASTR Asset Backed Securities
Trust 2006-WMC2

   Defendant.

-----------------------------------------------------

   The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28 United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

   IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

   IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

   Dated: June 11, 2012

               s/Richard H. Kyle
               RICHARD H. KYLE,
               UNITED STATES DISTRICT JUDGE