## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp.,<br><br>      Plaintiff,<br><br>    v.<br><br>MASTR Asset Backed Securities Trust 2006-WMC2, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of June 1, 2006,<br><br>      Defendant. | No. 12 Civ. 1371 (JRT/TNL)<br><br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on June 20, 2012, I caused the following proposed order:

**ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

to be filed with the court via e-mail to the following Magistrate Judge:

 The Honorable Tony N. Leung:  leung_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

- **Jenny Gassman-Pines:** jgassman-pines@greeneespel.com
- **Andrew M Luger:** aluger@greeneespel.com

Dated:  June 20, 2012    **MASLON EDELMAN BORMAN & BRAND, LLP**

              By s/ Justin H. Perl
                Justin H. Perl (#151397)
              3300 Wells Fargo Center
              90 South Seventh Street
              Minneapolis, MN 55402-4140
              justin.perl@maslon.com
              (612) 672-8200

              **Attorneys for Defendant MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, as Trustee**