# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to<br>WMC Mortgage Corp.,<br><br>               Plaintiff,<br><br>       v.<br><br>MASTR Asset Backed Securities Trust<br>2006-WMC2, by U.S. Bank National<br>Association, acting solely in its capacity as<br>the Trustee pursuant to a Pooling and<br>Servicing Agreement, dated as of June 1, 2006,<br><br>               Defendant. | No. 12-CV-1371 (JRT/TNL)<br><br><br>**ORDER TO EXTEND<br>DEADLINE TO ANSWER<br>COMPLAINT** |

Upon consideration of the parties' Stipulation to Extend Time to Answer [Docket No. 9], it is hereby ordered that Defendant MASTR Asset Backed Securities Trust 2006-WMC2, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of June 1, 2006 ("Defendant") shall have leave to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned matter through **August 1, 2012**.

June 21, 2012

BY THE COURT:

_s/ Tony N. Leung_
Honorable Tony N. Leung
Magistrate Judge of District Court